

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00839-CV

Gonzalo Artemio **LOPEZ**,
Appellant

v.

Lydia **SERNA**, et al., in their Individual Capacities,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-03-00045-CVK
Honorable Ron Carr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant Gonzalo Artemio Lopez because he is indigent.

SIGNED September 25, 2013.

_____
Marialyn Barnard, Justice